| | | | |
|---|---|---|---|
| State v. Dickens<br><br>Case Below:<br>161 N.C. App. 742 | No. 015P04-4 | Def's Motion for "Petition for Discretionary Review" (COA02-1395) | Dismissed (04/06/06)<br><br>**Timmons-Goodson, J., Recused** |
| State v. Dozier<br><br>Case Below:<br>175 N.C. App. 421 | No. 024P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-15) | Dismissed (04/06/06) |
| State v. Edmondson<br><br>Case Below:<br>175 N.C. App. 795 | No. 125P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-673) | Denied (04/06/06) |
| State v. Edwards<br><br>Case Below:<br>176 N.C. App. 190 | No. 160P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-785) | Denied (05/04/06) |
| State v. Ford<br><br>Case Below:<br>176 N.C. App. 768 | No. 539P03-4 | Def's Motion for "Petition for Discretionary Review-Appellant's New Brief" (COA05-774) | Dismissed (05/04/06) |
| State v. Gibson<br><br>Case Below:<br>175 N.C. App. 223 | No. 034P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-548) | Denied (04/06/06) |
| State v. Gilbert<br><br>Case Below:<br>175 N.C. App. 593 | No. 088P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-133) | Denied (04/06/06) |
| State v. Gladden<br><br>Case Below:<br>176 N.C. App. 190 | No. 151P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-174)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex mero motu* (05/04/06)<br><br>2. Denied (05/04/06) |
| State v. Hadden<br><br>Case Below:<br>175 N.C. App. 492 | No. 102P06 | 1. Def's PWC to Review Decision of COA (COA04-1606)<br><br>2. AG's Motion to Dismiss PWC | 1. Denied (04/06/06)<br><br>2. Dismissed as Moot (04/06/06) |